875 So.2d 667 (2004)
Stephen RANDALL a/k/a Steven Randall, Appellant,
v.
Kristina RANDALL, Appellee.
No. 03-1016.
District Court of Appeal of Florida, Third District.
April 14, 2004.
Rehearing Denied June 16, 2004.
Daniel Kaplan, Aventura, for appellant.
Patterson & Sweeny, and John H. Patterson, Jr., West Palm Beach, for appellee.
Before GERSTEN, GODERICH, and FLETCHER, JJ.
PER CURIAM.
Affirmed. See Gainsborg v. Gainsborg, 362 So.2d 1028 (Fla. 3d DCA 1978).